# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SPRING MOUNTAIN SUMMIT CONDOMINIUM ASSOCIATION, INC.,**<br>Plaintiff,<br><br>v.<br><br>**CHARLES COOMES, JR. and ELIZABETH HARING,**<br>Defendants. | CIVIL ACTION<br><br><br>NO. 23-CV-3667 |

## ORDER

**AND NOW**, this 13th day of February, 2024, upon consideration of Defendant Charles Coomes, Jr.'s Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 6), Defendant Elizabeth Haring's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 7) and their *pro se* Notice of Removal (ECF No. 1), and the Motion to Remand filed by Plaintiff Spring Mountain Summit Condominium Association, Inc. (ECF No. 5), Defendant Charles Coomes's Opposition to Motion to Remand (ECF No. 16), and Co-Defendant Elizabeth Haring's Opposition to Motion to Remand (ECF No. 19), it is **ORDERED** as follows:

1. Leave to proceed *in forma pauperis* is **GRANTED** to Coomes and Haring pursuant to 28 U.S.C. § 1915.

2. Spring Mountain Summit Condominium Association, Inc's Motion for Remand is **GRANTED**.

3. This case is **REMANDED** to Montgomery County Magisterial District Court 38-1-24 pursuant to 28 U.S.C. § 1447(c) for the reasons stated in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**
_____
**HODGE, KELLEY B., J.**